MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 3, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 19-183 |
| SONOVAH JUDITH HILLMAN | SECTION H |

**CRIMINAL ARRAIGNMENT**

APPEARANCES: X   DEFENDANT
                X   COUNSEL FOR DEFENDANT   FPD-MAURA DOHERTY
                X   ASSISTANT U.S. ATTORNEY   JORDAN GINSBERG – Jon Maestri for
                ___ INTERPRETER   SWORN
                (TIME: ____ .M to ____ .M)

X / READING OF THE INDICTMENT: READ WAIVED **(SUMMARIZED)**
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

___ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

___ / BAIL SET AT _____

___ / DEFENDANT RELEASED ON NEW BOND

___ / OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **OCTOBER 16, 2019 AT 3:30 PM**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

X / TRIAL: **NOVEMBER 4, 2019 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

MJSTAR: 00: **03**